DAVID G. SPIVAK (SBN 179684)
david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
caroline@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste 203
Encino, CA 91436
Telephone:    (818) 582-3086
Facsimile:    (818) 582-2561

WALTER HAINES (SBN 71075)
whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave, Suite 201
Huntington Beach, CA 92649
Telephone:    (562) 256-1047
Facsimile:    (562) 256-1006

Attorneys for Plaintiff
GURTHA POUNDS, and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURTHA POUNDS, on behalf of herself, and all others similarly situated and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>　　　　　　*Plaintiff(s)*,<br><br>　　　　vs.<br><br>NIDEC MOTOR CORPORATION, an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　*Defendant(s)*. | Case No.: 2:17-cv-02527-JAM-KJN<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) AN ORDER ALLOWING PLAINTIFF TO FILE HER SECOND AMENDED COMPLAINT**<br><br>Hearing Date:　　May 14, 2019<br>Hearing Time:　　1:30 p.m.<br>Hearing Dept:　　6, Hon. John A. Mendez<br><br>***Submitted Herewith Under Separate Cover***<br>　1. Memorandum of Points and Authorities;<br>　2. Declarations of David Spivak and Walter Haines; and<br>　3. [Proposed] Order. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 14, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the above-entitled court, located at the Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, California 95814, Plaintiff Gurtha Pounds ("Plaintiff") will and hereby does move this Court for an order: (1) preliminarily approving the Stipulation of Class Action Settlement and Release Between Plaintiff and Defendant; (2) preliminarily granting class certification of the Settlement Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) preliminarily appointing David Spivak and Caroline Tahmassian of The Spivak Law Firm and Walter Haines of the United Employees Law Group as Class Counsel; (4) preliminarily appointing Plaintiff Gurtha Pounds as class representative; (5) approving the use of the proposed Notice procedures; (6) directing that Notice be mailed to the proposed Settlement Class via first class U.S. mail; and (7) scheduling the Final Approval Date, pursuant to Plaintiff's motion for final approval of class action settlement. Plaintiff also moves the Court to permit her to file her Second Amended Complaint.

This Motion is made on the following grounds: (1) the Settlement Class meets all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiff and her counsel are adequate to represent the Settlement Class for settlement purposes only; (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendant's potential liability exposure as compared against the risks of continued litigation; (4) the proposed Notice procedures adequately apprise Settlement Class Members of their rights under the Settlement and fully comport with due process; and (5) in view of the foregoing, notice should be disseminated to Settlement Class Members and a hearing date for Plaintiff's motion for final approval of class action settlement should be set. The Second Amended Complaint was contemplated and negotiated between the Parties and is consistent with the claims covered by the Settlement. This Court should order it filed.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declarations of David Spivak and Walter Haines, the Second

Amended Complaint, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

    Respectfully submitted,

                              THE SPIVAK LAW FIRM

Dated: April 12, 2019                  By  /s/ David Spivak
                                              DAVID SPIVAK
                                              CAROLINE TAHMASSIAN
                                              Attorneys for Plaintiff, GURTHA POUNDS