DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste 203
Encino, CA 91436
Telephone:    (818) 582-3086
Facsimile:    (818) 582-2561

WALTER HAINES (SBN 71075)
    walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone:    (562) 256-1047
Facsimile:    (562) 256-1006

Attorneys for Plaintiff,
GURTHA POUNDS, and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURTHA POUNDS, on behalf of herself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>NIDEC MOTOR CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 2:17-cv-02527-JAM-KJN<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    September 10, 2019<br>Time:    1:30 p.m.<br>Ctrm:    6<br>Judge:   John A. Mendez<br><br>Trial Date: None Set |



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 10, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the above-entitled court, located at 501 I Street, Sacramento, California 95814, Plaintiff Gurtha Pounds ("Plaintiff") will and hereby does move this Court for an order: (1) finally approving the Stipulation of Class Settlement and Release Between Plaintiff and Defendant (the "Settlement"); (2) confirming the certification of the Settlement Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm and Walter Haines of the United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiff as Class Representative; (5) granting final approval to an Incentive Award of $30,000 to Plaintiff in recognition of her services as Class Representative; (6) granting final approval to attorneys' fees in the amount of $558,278 to Class Counsel; (7) granting final approval to litigation costs in the amount of $13,007.80 to Class Counsel (the Settlement provides for an amount not to exceed $30,000); (8) granting final approval to a payment of $9,000 to CPT Group, Inc. for its services as the Claims Administrator (the Settlement provides for an amount not to exceed $15,000); (9) granting final approval to the PAGA payment of $20,000 for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA"), of which $15,000 will be paid to the Labor and Workforce Development agency ("LWDA") and $5,000 of which will be added back to the NSA to be distributed to the Settlement Class Members; and (10) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

"Settlement Class" consists of all persons employed by Defendant in California at its Rancho Cordova manufacturing facility as non-exempt, hourly employees, including, but not limited to, technical production employees, and in other comparable positions, at any time during the Settlement Class Period. The "Settlement Class Period" means from September 13, 2013 through April 10, 2019.

This Motion is made on the following grounds that: (1) the Settlement Class meets all the requirements for class certification for settlement purposes under Federal Rule of Civil Procedure



SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

*Pounds v. Nidec Motor Corporation, et al.*    Notice of Motion and Motion for Final Approval of Class Action Settlement

1  23; (2) Plaintiff and her counsel are adequate to represent the Settlement Class for settlement
2  purposes as required by Rule 23(a)(4) and (g); (3) the Settlement reflects a fair, adequate, and
3  reasonable compromise of all disputed claims in view of Defendant's potential liability exposure
4  as compared against the risks of continued litigation; (4) the notice process performed by the
5  Claims Administrator comports with all relevant due process requirements and Rule 23(c)(2)(B)
6  requirements; and (5) based on the foregoing, the [Proposed] Final Approval Order and Final
7  Judgment submitted herewith should be entered.

8   The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declarations of David Spivak, Walter Haines, Gurtha Pounds, and Tarus Dancy, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

13  Respectfully submitted,

THE SPIVAK LAW FIRM

16  Dated: August 13, 2019                 By /s/ David Spivak
                                              DAVID SPIVAK
                                              Attorney for Plaintiff, GURTHA POUNDS, and
                                              all others similarly situated



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

3

*Pounds v. Nidec Motor Corporation, et al.*   Notice of Motion and Motion for Final Approval of Class Action Settlement